# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1347

_____

TRISTAN MICHAEL HYDE,

    Petitioner,

v.

HAYDEN HUDSON, Assistant
District Attorney, HON. JUDGE
JOSE GIRAUD, DONALD C.
SPENCER, Clerk,

    Respondents.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


October 24, 2024


PER CURIAM.

    DISMISSED.

LEWIS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tristan Michael Hyde, pro se, Petitioner.

No appearance for Respondents.